IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN & JOHN ASSOCIATES, INC.,  )<br>  )<br>Defendant.  )<br>_____) | Case No. 2:20-cv-408 |

**COMPLAINT**

The United States of America, at the request of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States pursuant to 26 U.S.C. § 7401, complains of the Defendant John & John Associates, Inc. as follows:

1. This is an action in which the plaintiff, the United States of America, pursuant to 26 U.S.C. § 6332(d), seeks to enforce an Internal Revenue Service levy served on John & John Associates, Inc. ("John & John") due to its failure to honor the proper and lawful levy by failing to surrender property to the United States.

**Jurisdiction, Venue, and Parties**

2. Jurisdiction over this action is conferred upon this Court by 28 U.S.C. § 1340 and 1345 and 26 U.S.C. § 7402(a).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the defendant's principal place of business is located in Clay County, within this District.

4.     The defendant is John & John Associates, Inc., which is a corporation with its principal place of business in Brazil, Indiana.

## Claim for Relief

5.     The allegations set forth in paragraphs 1 through 5 are realleged and incorporated by reference.

6.     On or about June 7, 2010, a delegate of the Secretary of the Treasury made assessments against John Deweese, Jr. ("taxpayer") for Trust Fund Recovery Penalties, pursuant to 26 U.S.C. § 6672, for the periods ending June 30, 2008, September 30, 2008, and December 31, 2008.

7.     The total amounts owed by taxpayer for the liabilities listed in paragraph 7 are as follows:

| Period Ending | Amount Due as of June 5, 2020 |
|---|---|
| June 30, 2008 | $16,444.25 |
| September 30, 2008 | $8,111.73 |
| December 31, 2008 | $23,719.28 |
| **Total:** | **$48,275.26** |

8.     On February 13, 2017, a delegate of the Secretary of the Treasury, an IRS Revenue Officer, issued a Notice of Levy (Form 668-W) to John & John, the taxpayer's employer, using the listed address of 1016 W Jackson Street, Brazil, Indiana 47834. The notice of levy stated that the taxpayer was indebted to the United States for unpaid civil penalties for the periods ending June 30, 2008, September 30, 2008, and December 31, 2008 in the total amount of $43,554.53, and required John & John to turn over to the IRS the property and rights to property of the taxpayer. Specifically, the levy notice required John & John to turn over to the IRS: (a) the taxpayer's wages and salary that have been earned but not paid, as well as wages and

salary earned in the future until the levy is released; and (b) the taxpayer's other income that John & John had or for which it was obligated.

    9.    On June 22, 2017, Revenue Officer Robert Marshall hand-delivered a Final Demand for Payment (Form 668-C) ("final notice") to John & John at its office at 1016 West Jackson Street, Brazil, Indiana, due to its failure to remit any levy payments.

    10.    The final notice obligated John & John to send the IRS payment, as explained in the instructions received in the original notice of levy, within 5 days of receipt of the final demand. The final notice further stated that if John & John did not pay within 5 days, the IRS: (a) would consider John & John to have refused the IRS's demand; and (b) may enforce it pursuant to 26 U.S.C. § 6332.

    11.    John & John reported to the IRS on a Form W-2 that John & John paid the taxpayer wages of $94,239 in 2017.

    12.    John & John reported to the IRS on a Form W-2 that John & John paid the taxpayer wages of $114,007 in 2018.

    13.    On the date of the original levy, February 13, 2017, and thereafter, John & John was paying the taxpayer salary or wages; yet, John & John failed to turn over the funds, as required by the levy. Therefore, the levy attached to all amounts owed to the taxpayer on and after February 13, 2017, and John & John was therefore required to pay said amounts to the IRS.

    14.    As of June 5, 2020, the amount due including statutory interest and penalties, was $48,275.26.

    15.    Pursuant to 26 U.S.C. § 6332(d)(2), the United States is entitled to a 50 percent penalty against the defendant John & John because the defendant was required to surrender

property or rights to property of the taxpayer, but failed or refused to surrender such property or rights to property without reasonable cause.

WHEREFORE, the plaintiff United States requests judgment that the defendant John & John is liable to the United States:

A. In the amount of $48,275.26, plus statutory interest and penalties that continue to accrue after June 5, 2020;

B. For a penalty equal to 50 percent of the amount recoverable under paragraph A, above; and

C. For its costs in the action and such other and further relief as this Court determines is just and proper.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Angela R. Foster*
ANGELA R. FOSTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-616-9183 (v)
202-514-5238 (f)
Angela.R.Foster@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
John & John Associates, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Clay**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Angela R. Foster, U.S. Department of Justice Tax Division
PO Box 55, Washington, D.C. 20044

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 6332

Brief description of cause:
U.S. seeks judgment against defendant for failure to honor levy.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 48,275.26

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 08/05/2020

SIGNATURE OF ATTORNEY OF RECORD: /s/ Angela R. Foster

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana  ▼

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> John & John Associates, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-408 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John & John Associates, Inc.
1016 W Jackson St
Brazil, IN 47834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angela R. Foster
Department of Justice Tax Division
PO Box 55
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-408

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: